CLOSING

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ERICA CARDENAS,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**CREDITORS RELIEF LLC**, a New Jersey registered company,<br><br>*Defendant.* | Case No. 2:24-cv-04214-MCA-JBC<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Cardenas and Defendant Creditors Relief LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

DATED this 6th day of January, 2025.

By: /s/ *Stefan Coleman*
Stefan Coleman
law@stefancoleman.com
COLEMAN PLLC
1072 Madison Ave, Suite 1
Lakewood, NJ 08701
(877) 333-9427

*Attorney for Plaintiff and the putative Classes*

By: /s/ *Michael Lupolover*
Michael Lupolover, Esq.
mlupolover@lupoloverlaw.com
Law Office of Michael Lupolover, P.C.
333 Sylvan Ave, Englewood Cliffs, NJ 07632
*Counsel for Defendant*

SO ORDERED

   *s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:   1/7/25

2